UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-729 (RBW) |
| ) | |
| BRENT JOHN HOLDRIDGE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the status hearing held on January 11, 2022, via videoconference, it is hereby

**ORDERED** that the parties shall appear for a status hearing on March 10, 2022, at 12:00 p.m., via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).  It is further

**ORDERED** that, with the defendant's and the government's consent, the time from January 11, 2022, until March 10, 2022, is excluded under the Speedy Trial Act, in light of the fact that the parties require additional time to discuss potential resolution of this matter.

**SO ORDERED** this 11th day of January, 2022.

_____
REGGIE B. WALTON
United States District Judge