

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) ) ) v. ) ) BRENT JOHN HOLDRIDGE, ) ) Defendant. ) ) | Criminal Action No. 21-729 (RBW) |

## ORDER

In accordance with the oral rulings issued at the status hearing on May 9, 2022, it is hereby

**ORDERED** that the parties shall appear for a status hearing on May 23, 2022, at 2:00 p.m. via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#), in order to discuss scheduling in light of defense counsel's desire to tour the Capitol grounds to view the locations where the defendant allegedly committed the crimes he is charged with committing on January 6, 2021. A pre-trial conference will also be scheduled at this status hearing. It is further

**ORDERED** that trial in this case is scheduled to start on August 29, 2022 at 9:00 a.m. It is further

**ORDERED** that, with the defendant's and the government's consent, the time from May 9, 2022, until August 29, 2022, is excluded under the Speedy Trial Act, to allow for the time between the current date and the beginning of trial.

**SO ORDERED** this 9th day of May, 2022.

REGGIE B. WALTON
United States District Judge