UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 21-729 (RBW) |
| ) | |
| BRENT JOHN HOLDRIDGE, ) | |
| ) | |
| Defendants. ) | |

### PRE-TRIAL SCHEDULING ORDER

In accordance with the oral rulings issued by the Court at the status conference held on May 23, 2022, along with the General Order Governing Criminal Cases Before the Honorable Reggie B. Walton (May 24, 2022), ECF No. 33 (the "General Order"), it is hereby

**ORDERED** that, on or before June 13, 2022, the defendant shall file his motion to transfer venue.  It is further

**ORDERED** that, on or before June 27, 2022, the government shall file its opposition to the defendant's motion to transfer venue.  It is further

**ORDERED** that, on or before July 6, 2022, the defendant shall file his reply to the government's opposition.  It is further

**ORDERED** that the parties shall appear before the Court for a hearing on any motions <u>in limine</u>, and a pretrial conference on August 4, 2022, at 1:30 p.m. via videoconference.  It is further

**ORDERED** that the government shall provide the defendant with notice of any evidence of other crimes it intends to use during the trial of this case pursuant to Federal Rule of Evidence 404(b) or evidence of prior convictions it intends to use for impeachment purposes, if the defendant decides to testify, on or before June 17, 2022, and any opposition to such notices shall

be provided to the government on or before July 1, 2022. It is further

**ORDERED** that the government is reminded that it has an ongoing obligation to produce forthwith to the defendant any Brady/Giglio evidence the government becomes aware of. The government shall also produce to the defendant any Jencks Act material sufficiently in advance of witness's cross-examination so as not to cause delay. It is further

**ORDERED** that the government shall produce to the defendant information regarding its expert(s) and any potential impeachment evidence related to the law enforcement officers involved in this case as soon as practicable after it becomes available. It is further

**ORDERED** that the parties shall meet and confer as soon as possible and thereafter submit their joint proposed voir dire questions, jury instructions, and verdict forms on or before July 15, 2022. If agreement cannot be reached on any matters relevant to the voir dire questions, jury instructions, or verdict forms, the parties shall provide separate submissions as to only those matters on which the parties cannot agree. It is further

**ORDERED** that the Court will empanel two alternate jurors. For the jury selection process, the defendant will have ten peremptory challenges against the potential regular jurors and two peremptory challenges against the potential alternate jurors for a total of twelve peremptory challenges. The government will have six peremptory challenges against the potential regular jurors and two peremptory challenges against the potential alternate jurors for a total of eight peremptory challenges. It is further

**ORDERED** that the Court will permit jurors to ask questions as delineated in the Court's General Order. See General Order Governing Criminal Cases Before the Honorable Reggie B. Walton at 8–9 (May 24, 2022), ECF No. 33.[1] It is further

---

[1] Any objections to permitting jurors to submit questions for witnesses should be raised at the pretrial conference on August 4, 2022.

3

**ORDERED** that jury selection and trial of this case shall commence on August 29, 2022, at 9:00 a.m.

**SO ORDERED** this 24th day of May, 2022.

_____
REGGIE B. WALTON
United States District Judge

3