**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

———————————————————— )
UNITED STATES OF AMERICA )
)
     v. )     Criminal Action No. 21-729 (RBW)
)
BRENT JOHN HOLDRIDGE, )
)
         Defendant. )
———————————————————— )

## **ORDER**

In light of the parties' submission of a plea agreement in this case, it is hereby

**ORDERED** that the pre-trial conference currently scheduled for August 4, 2022, at 1:30

p.m., is **CONVERTED** to a guilty plea hearing.

**SO ORDERED** this 1st day of August, 2022.

————————————————
REGGIE B. WALTON
United States District Judge