# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-729 (RBW) |
| ) | |
| BRENT JOHN HOLDRIDGE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In light of the Pretrial Violation Report, ECF No. 51, filed by the Pretrial Services Agency for the District of Columbia on October 12, 2022, it is hereby

**ORDERED** that, on October 25, 2022, at 11:30 a.m., the parties shall appear before the Court for status hearing to the address the recommendations in the Pretrial Violation Report, ECF No. 51. The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED** this 14th day of October, 2022.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge