IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | Case No. 1:21-cr-00729-RBW |
| ) | |
| BRENT JOHN HOLDRIDGE  ) | |

**DEFENDANT'S MOTION FOR PAYMENT OF TRAVEL EXPENSES PURSUANT TO 18 U.S.C. § 4285**

Mr. Brent Holdridge, through counsel, hereby moves this Court to enter the attached Order, which will authorize and direct the marshal to make travel arrangements designed to bring him from Fortuna, California, where he resides, to this jurisdiction for his October 25, 2022, pretrial violation hearing. The pretrial violation involves his failure to be at home when his Pretrial Services officer visited and his financial inability, and thus failure to, make the 10+ hour roundtrip to the closest Pretrial Services office in San Francisco thereafter. Government counsel opposes this motion.

Mr. Holdridge has previously been determined to be financially indigent and to qualify for court appointed counsel. He makes less than one thousand dollars in income per month.[1] Pursuant to 18 U.S.C. § 4285, this Court may

---

[1] Although Mr. Holdridge did travel to the Capitol to engage in the offense conduct in this case, even then he did not have the financial means to travel. He had recently completed caring for his mother in Louisiana during her final illness. After she passed away in December 2020, a friend he met there offered to drive him to the Capitol. After completing her final arrangements in February 2021, Mr. Holdridge returned to Northern California in his own vehicle. However, that vehicle has since deteriorated and Mr. Holdridge does not currently own a vehicle that is safe to drive and does not have the financial means to pay for gas, bus, train, or a flight.

1

direct the United States marshal to arrange for [an indigent defendant's] means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required, and in addition may direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code.

Accordingly, we respectfully request that the Court enter the attached Order directing the U.S. Marshal to make appropriate arrangements to facilitate his appearance in court as indicated in the attached order.

Dated:   October 19, 2022            Respectfully submitted,

                                     JODI LINKER
                                     Federal Public Defender
                                     Northern District of California

                                              /S
                                     GABRIELA BISCHOF
                                     Assistant Federal Public Defender