UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-729 (RBW) |
| ) | |
| BRENT JOHN HOLDRIDGE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The Court having reviewed the Defendant's Motion for Payment of Travel Expenses Pursuant to 18 U.S.C. § 4285, ECF No. 53, and the United States' Response in Opposition to Defendant's Motion for Payment of Travel Expenses, ECF No. 54, it is hereby

**ORDERED** that the hearing scheduled for October 25, 2022, is **CONVERTED** to a virtual hearing. The parties shall appear via videoconference.[1]

**SO ORDERED** this 20th day of October, 2022.

_____
REGGIE B. WALTON
United States District Judge

---

[1] The Court will determine, based upon representations made at this hearing, whether a further in-person hearing to address the Pretrial Violation Report, ECF No. 51, is needed.