**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-729 (RBW) |
| ) | |
| BRENT JOHN HOLDRIDGE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the oral rulings issued at the status hearing held on October 25, 2022, it is hereby

**ORDERED** that the Defendant's Motion for Payment of Travel Expenses Pursuant to 18 U.S.C. § 4285, ECF No. 53, is **DENIED AS MOOT** in light of the Pretrial Services Agency's representation that the defendant may remain under its supervision, and the lack of need for a further in-person status hearing.

**SO ORDERED** this 25th day of October, 2022.

*/s/ Reggie B. Walton*
REGGIE B. WALTON
United States District Judge