IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | Case No. 1:21-cr-00729-RBW |
| ) | |
| BRENT JOHN HOLDRIDGE ) | |

**DEFENDANT'S MOTION FOR PAYMENT OF TRAVEL EXPENSES PURSUANT TO 18 U.S.C. § 4285**

Mr. Brent Holdridge, through counsel, hereby moves this Court to enter the attached Order, which will authorize and direct the marshal to make travel arrangements designed to bring him from Arcata, California, where he resides, to this jurisdiction for his December 2, 2022, sentencing. Government counsel opposes this motion. Mr. Holdridge understands that it is the Court's desire to hold this sentencing in person and will appear, but in light of his present financial circumstances and this resulting motion, would also be willing to appear by videoconference.

Mr. Holdridge has previously been determined to be financially indigent and to qualify for court appointed counsel. As documented in the Presentence Report, he makes less than one thousand dollars in social security disability income per month, and his rent alone is eight hundred dollars. Although he planned to drive to the Washington D.C. area and stay with a sister who lives in a neighboring state, he has been unable to save enough money to afford the car repairs necessary to make the journey. Pursuant to 18 U.S.C. § 4285, this Court may:

1

direct the United States marshal to arrange for [an indigent defendant's] means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required, and in addition may direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code.

Accordingly, we respectfully request that the Court enter the attached Order directing the U.S. Marshal to make appropriate arrangements to facilitate his appearance in court as indicated in the attached order.

November 17, 2022       Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

                /S
GABRIELA BISCHOF
Assistant Federal Public Defender