UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-729 (RBW) |
| ) | |
| BRENT JOHN HOLDRIDGE, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the Defendant's Corrected Motion for Payment of Travel Expenses Pursuant to 18 U.S.C. § 4285, ECF No. 62, and for good cause shown, it is hereby

**ORDERED** that the Defendant's Corrected Motion for Payment of Travel Expenses Pursuant to 18 U.S.C. § 4285, ECF No. 62, is **GRANTED**. It is further

**ORDERED** that the U.S. Marshals Service is directed to arrange for noncustodial transportation of the defendant, Brent John Holdridge, from Arcata, California, to Washington, D.C., for sentencing on December 2, 2022, at 9:00 a.m. and to furnish the defendant with an amount of money for subsistence expenses such as overnight housing, not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a).

**SO ORDERED** this 18th day of November, 2022.

*Reggie B. Walton*
REGGIE B. WALTON
United States District Judge