IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No. 1:21-cr-00729-RBW |
| ) | |
| BRENT JOHN HOLDRIDGE ) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

On November 12, 2022, the Court signed an order directing the U.S. Marshals Service to provide noncustodial transportation so that Mr. Holdridge, who is indigent, could attend his sentencing hearing in Washington, D.C. on December 2, 2022. Dkt. 64. Undersigned counsel learned today that the Marshals Service never received the Court's November 12, 2022 Order and that the travel agency they use to book travel presently has no agents available to assist with booking Mr. Holdridge's ticket.

Accordingly, the defense respectfully requests – **and the government does not oppose -** that the Court continue Mr. Holdridge's sentencing until a date in January 2023 so that Mr. Holdridge can be present for his sentencing.[1][2]

---

[1] Mr. Holdridge is also willing to proceed by videoconference on December 2, 2022, if that is the Court's desire.

[2] Because both defense and government counsel must fly in from out of state, rescheduling to a different date in December would present a logistical challenge.

1

2

| Dated: | November 30, 2022 | Respectfully submitted, |
|---|---|---|

JODI LINKER
Federal Public Defender
Northern District of California

/S
GABRIELA BISCHOF
Assistant Federal Public Defender