# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 21-729 (RBW) |
| | ) |
| BRENT JOHN HOLDRIDGE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

In light of representations made to the Court by the United States Marshals Service regarding the confines of its authorization to expend funds for travel and subsistence expenses for indigent defendants,[1] it is hereby

**ORDERED** that the Court's November 18, 2022 Order is amended as follows:

The United States Marshals Service is directed to arrange for noncustodial transportation of the defendant, Brent John Holdridge, from Arcata, California, to Washington, DC, for sentencing on January 9, 2023, at 10:00 a.m.

**SO ORDERED** this 2nd day of December, 2022.

_____
REGGIE B. WALTON
United States District Judge

---

[1] On December 1, 2022, the United States Marshals Service represented to the Court that it is only authorized to provide for noncustodial transportation of the indigent defendants to appear in court, and is not authorized to provide for return transportation for travel from the court to the defendant's residence or for subsistence expenses once the defendant has arrived at the court destination.