# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-729 (RBW) |
| ) | |
| BRENT JOHN HOLDRIDGE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In light of the defendant's failure to appear for the May 1, 2024 hearing on violation, it is hereby

**ORDERED** that the May 1, 2024 hearing on violation is **VACATED**. It is further

**ORDERED** that an arrest warrant shall issue as to the defendant.[1]

**SO ORDERED** this 3rd day of May, 2024.

*Reggie B. Walton* (signature)
REGGIE B. WALTON
United States District Judge

---

[1] The defendant shall be held without bond, pending his appearance before the Court following his arrest.