AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
BRENT JOHN HOLDRIDGE

Case No. 21-cr-729 (RBW)

*Defendant*

REVIEWED
By USMS District of Columbia District Court at 9:06 am, May 06, 2024

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Brent John Holdridge                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☑ Order of the Court

This offense is briefly described as follows:

Defendant failed to appear for a hearing on violation. See attached order.

Date: 05/03/2024

*Issuing officer's signature*

City and state:   Eureka, CA

Andriea Hill, Courtroom Deputy
*Printed name and title*

### Return

This warrant was received on *(date)* 5/22/24, and the person was arrested on *(date)* 5/22/24
at *(city and state)* Arcata CA.

Date: 5/22/24

*Arresting officer's signature*

CROTEAU, ISAAC   DUSM
*Printed name and title*