AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**BRENT JOHN HOLDRIDGE**<br><br>Defendant | )<br>)<br>)  Case No.  21-cr-729 (RBW)<br>)<br>)<br>) |

**REVIEWED** By USMS District of Columbia District Court at 9:06 am, May 06, 2024

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Brent John Holdridge,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☑ Order of the Court

This offense is briefly described as follows:

Defendant failed to appear for a hearing on violation. See attached order.

Date: 05/03/2024

*Issuing officer's signature*

City and state:   Eureka, CA

Andriea Hill, Courtroom Deputy
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  5/22/24, and the person was arrested on *(date)*  5/22/24
at *(city and state)*  Arcata CA.

Date:  5/22/24

*Arresting officer's signature*

CROTEAU, ISAAC   DUSM
*Printed name and title*

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NICHOLAS WALSH (CABN 314290)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7248
    FAX: (415) 436-7234
    Email: nicholas.walsh@usdoj.gov

Attorneys for United States of America

**FILED**

May 23 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> BRENT JOHN HOLDRIDGE, <br>     Defendant. | CASE NO. 3:24-mj-70780 MAG <br><br> NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT PROBATION VIOLATION PROCEEDING PURSUANT TO RULE 32.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

    Please take notice pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure that on or about May 22, 2024, the above-named defendant was arrested pursuant to an arrest warrant (copy attached as Exhibit A) issued upon a Probation Violation Petition and Order of the District Court pending in the United States District Court for the District of Columbia, Case Number 1:21-cr-00729-RBW.

    In that case (copies of the Petition and Order of the District Court are attached as Exhibits B and C), the defendant is charged with violating the terms of his probation imposed for his conviction for a

1  violation of Title 40 U.S.C. § 5104(e)(2)(G), Parading, Demonstrating, or Picketing in a Capital
2  Building.
3       The maximum penalties are as follows:
4       Maximum term of imprisonment: 6 months
5       Maximum term of probation: 5 years
6       Maximum fine: $5,000
7       Special Assessment: $10

                        Respectfully Submitted,

                        ISMAIL J. RAMSEY
                        UNITED STATES ATTORNEY

Date: May 22, 2024

                        NICHOLAS WALSH
                        Assistant United States Attorney

| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Gloria Knudson | REPORTER/FTR<br>Zoom Webinar: 9:35-9:41 | |
| MAGISTRATE JUDGE<br>Robert M. Illman | DATE<br>May 23, 2024 | NEW CASE ☐ | CASE NUMBER<br>3-24-mj-70780 MAG |

### APPEARANCES

| DEFENDANT<br>Brent John Holdridge | AGE<br>58 | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Daniel Blank (Zoom) | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Nicholas Walsh (Zoom) | | INTERPRETER | | ☐ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D |
| PROBATION OFFICER<br>Cris Taylor (Zoom) | | PRETRIAL SERVICES OFFICER | | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ PARTIAL PAYMENT OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR 3 | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| ☒ I.D. COUNSEL 1 | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☒ ID / REMOV HRG 2 | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☒ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Waiver 32.1 signed. Defendant waived identity hearing and was remanded to custody.

DOCUMENT NUMBER:

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 3-24-mj-70780 |
| Brent John Holdridge | ) |
| *Defendant* | ) Charging District's Case No. |

## WAIVER OF RULE 32.1 HEARING
**(Violation of Probation or Supervised Release)**

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)* _____.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☐ an identity hearing and production of the judgment, warrant, and warrant application.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my ☐ preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 5-23-2024

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRENT JOHN HOLDRIDGE,<br><br>　　　　　Defendant. | Case No.24-mj-70780-MAG-1  (RMI)<br><br>Charging District's Case No.<br><br>1:21-cr-729 RBW |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the District of Columbia District of

The defendant may need an interpreter for this language:. N/A

　　The defendant:　　　( ) will retain an attorney.

　　　　　　　　　　　　( X ) is requesting court-appointed counsel.

　　The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant.  The Marshal or officer of the charging district should immediately notify the United States Attorney and the Clerk of the Clerk for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The Clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: 5/28/2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ROBERT M. ILLMAN
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

CLOSED

# U.S. District Court
## California Northern District (San Francisco)
### CRIMINAL DOCKET FOR CASE #: 3:24-mj-70780-MAG-1

Case title: USA v. Holdridge

Date Filed: 05/23/2024

Other court case number: 1:21-cr-00729-RBW U.S. District Court for the District of Columbia

Date Terminated: 05/28/2024

Assigned to: Magistrate Judge

**Defendant (1)**

**Brent John Holdridge**
*TERMINATED: 05/28/2024*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18 U.S.C. Section 3146 - Failure to Appear | |

**Plaintiff**

USA     represented by     **Nicholas Joseph Walsh**
United States Attorney's Office
Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
(415) 436-7234
Fax: (415) 436-7234
Email: nicholas.walsh@usdoj.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/23/2024 | 1 | Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Brent John Holdridge (1). (tn, COURT STAFF) (Filed on 5/23/2024) (Additional attachment(s) added on 5/23/2024: # 1 Exhibits) (tn, COURT STAFF). (Entered: 05/23/2024) |
| 05/23/2024 | 2 | Minute Entry for proceedings held before Magistrate Judge Robert M. Illman: ID of Counsel Hearing as to Brent John Holdridge held on 5/23/2024, Initial Appearance as to Brent John Holdridge held on 5/23/2024.<br><br>The Court directs entry of the following Order: Pursuant to the Due Process Protection Act, the Court advised government counsel of the government's disclosure obligations under *Brady v. Maryland* and its progeny, and that the failure to do so in a timely manner may result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances.<br><br>Identity Hearing as to Brent John Holdridge held on 5/23/2024 Digital Recording Time 9:35-9:41. Plaintiff Attorney: Nicholas Walsh. Defendant Attorney: Daniel Blank. Probation Officer: Cris Taylor. Defendant Present: Yes. Defendant in Custody: Yes. Attachment Minutes. (glm, COURT STAFF) (Filed on 5/23/2024) (Entered: 05/23/2024) |
| 05/23/2024 | 3 | WAIVER of Rule 32.1 Hearings by Brent John Holdridge (glm, COURT STAFF) (Filed on 5/23/2024) (Entered: 05/23/2024) |
| 05/28/2024 | 4 | **COMMITMENT TO ANOTHER DISTRICT as to Brent John Holdridge. Defendant committed to District of Columbia. Signed by Magistrate Judge Robert M. Illman on 5/28/2024. (glm, COURT STAFF) (Filed on 5/28/2024) (Entered: 05/28/2024)** |
| 05/28/2024 | 5 | NOTICE OF CRIMINAL CASE TRANSFER.<br><br>Case transfer from California Northern to the United States District Court for the District of Columbia of a Rule 5, Rule 32, or Rule 40 Appearance as to Brent John Holdridge. Your case number is: 1:21-cr-00729-RBW. Public transfer documents are accessible and can be retrieved by your court via PACER. Under seal or otherwise restricted documents will be emailed directly. Please send acknowledgement of receipt, including the case number, to InterDistrictTransfer_CAND@cand.uscourts.gov<br>*If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (tn, COURT STAFF) (Filed on 5/28/2024) (Entered: 05/28/2024) |